DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SARAH BURGESS,

Appellant,

v.

TYLER BURGESS,

Appellee.

No. 2D2024-1329

————————————————

January 31, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Nancy L. Jacobs, Judge.

Brandon A. Fortuno of Fortuno Law, PLLC, St. Petersburg, for Appellant.

No appearance for Appellee.

SILBERMAN, Judge.

Sarah Burgess appeals the trial court's nonfinal order denying her petition to temporarily relocate with the parties' minor children.  Burgess raises several issues, none of which warrant reversal.  The record supports the trial court's determination that she did not carry her burden to show that relocation is in the best interests of the minor children.  *See* § 61.13001(8), Fla. Stat. (2024); *Coyle v. Coyle*, 8 So. 3d 1271, 1272-73 (Fla. 2d DCA 2009).

Affirmed.

VILLANTI and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.